**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 08-8204**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CARL LEE BROWN, a/k/a Cuz,

        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Marvin J. Garbis, Senior District Judge.   (1:97-cr-00441-MJG-1)

─────────────

Submitted:  February 19, 2009        Decided:  February 26, 2009

─────────────

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Carl Lee Brown, Appellant Pro Se. Christine Manuelian, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Lee Brown appeals the district court's orders denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Brown, No. 1:97-cr-00441-MJG-1 (D. Md. Sept. 11 & 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED